**Opinion filed September 10, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00203-CV

_____

## IN THE MATTER OF THE ESTATE OF EVELYN B. COKER, DECEASED

**On Appeal from the 32nd District Court**
**Nolan County, Texas**
**Trial Court Cause No. 19578**

### MEMORANDUM OPINION

Appellant, Cynthia Anne Brooks, as independent administratrix of the Estate of Evelyn B. Coker, has filed in this court a "motion for withdrawal of her notice of appeal." In the motion, Appellant requests that this appeal be dismissed without prejudice to the filing of subsequent appeals. *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.

PER CURIAM

September 10, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.